| | | | |
|---|---|---|---|
| Com. v. Neberdosky | 1590 MDA 2015<br>Reversed | 11/18/2016 | CP–40–CR–0004466–2014<br>(Luzerne) |
| Com. v. Bartucci | 1686 MDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 11/18/2016 | CP–36–CR–0001286–2014<br>(Lancaster) |
| Com. v. Thomas | 1819 MDA 2015<br>Vacated and<br>Remanded | 11/18/2016 | CP–21–CR–0002779–2014<br>(Cumberland) |
| Com. v. Rice [23] | 2211 MDA 2015<br>Affirmed and<br>Remanded | 11/18/2016 | CP–08–CR–0000522–2014<br>(Bradford) |
| Com. v. Ogden | 140 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/18/2016 | CP–35–CR–0000107–2015<br>(Lackawanna) |
| In the Interest of N.J.E. | 273 MDA 2016<br>Affirmed | 11/18/2016 | CP–14–JV–0000135–2015<br>(Centre) |
| J.S.F. v. K.G.S. | 431 MDA 2016<br>Affirmed | 11/18/2016 | CI–09–09368<br>(Lancaster) |
| Com. v. Longo | 1032 WDA 2015<br>Affirmed | 11/18/2016 | CP–02–CR–0005635–2009<br>CP–02–CR–0005696–2009<br>(Allegheny) |
| Com. v. Young | 1282 WDA 2015<br>Vacated and<br>Remanded | 11/18/2016 | CP–02–CR–0011683–2007<br>(Allegheny) |
| Com. v. Osche [24] | 1731 WDA 2015<br>Affirmed | 11/18/2016 | CP–10–CR–0002166–2013<br>(Butler) |
| Barksdale v. Barksdale | 1891 WDA 2015<br>Affirmed | 11/18/2016 | FD 14–7960–011<br>(Allegheny) |
| Pops PCE TT v. R&R Restaurant Group [25] | 1944 WDA 2015<br>Vacated and<br>Remanded | 11/18/2016 | GD15–11052<br>(Allegheny) |
| Com. v. Friend | 275 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/18/2016 | CP–04–CR–0001432–2015<br>(Beaver) |
| Com. v. Browner | 371 WDA 2016<br>Affirmed | 11/18/2016 | CP–02–CR–0002627–2015<br>(Allegheny) |

23. Petition for reargument denied January 25, 2017.
24. Petition for reargument denied January 11, 2017.
25. Petition for reargument denied January 24, 2017.